No. 16,740.

FLANDERS *v.* ALLEN ET AL.

(246 P. [2d] 624)

Decided June 16, 1952.

*Per Curiam.*

Judgment affirmed en banc without written opinion.

Mr. JOHN W. ELWELL, for plaintiff in error.

Messrs. BELLINGER & FARICY, for defendant in error Allen.

Mr. WILLIAM L. LLOYD, for defendant in error Pueblo.